IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HOLLOWAY, | No. CIV S-09-1776-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff has not, however, filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff will be provided the opportunity to submit either a

---

[1] Plaintiff originally attempted to file a complaint with another inmate plaintiff, Charles G. Reece, case number 2:09-cv-1350. However, the court ordered the claims of Plaintiff severed from the claims of Charles G. Reece, and the court opened a separate civil action for Plaintiff. In the original case, Charles G. Reece filed an application to proceed in forma pauperis, but Plaintiff did not. Accordingly, although the joint complaint was used to open this action, there was no application to proceed in forma pauperis filed on Plaintiff's behalf in the original action to be used in this case.

completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee; and

   2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 6, 2009

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE